UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACY BOWERS,
        Plaintiff,

No. 1:08-cv-469

-v-

HONORABLE PAUL L. MALONEY

DAVE BURNETT, ET AL.,
        Defendant.

## **JUDGMENT**

Having granted Defendants' motion for summary judgment and having dismissed all claims against Defendants, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 18, 2011                                                   /s/ Paul L. Maloney
                                                                                     Paul L. Maloney
                                                                                     Chief United States District Judge